UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60056-CIV-ZLOCH

CARALYN SUZANNE SCONZO,

    Plaintiff,

vs.                                        **O R D E R**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Caralyn Suzanne Sconzo's Motion For Summary Judgment (DE 12), Plaintiff Caralyn Suzanne Sconzo's Motion For Summary Judgment (DE 15), Defendant Michael J. Astrue's Motion For Summary Judgment (DE 18), and the Amended Report And Recommendation (DE 23) filed herein by United States Magistrate Judge Lurana S. Snow.  The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Caralyn Suzanne Sconzo's Written Objections To Report And Recommendation Of Magistrate Judge (DE 24) be and the same is hereby **OVERRULED**;

    2. The Amended Report And Recommendation (DE 23) filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, adopted and ratified by the Court;

    3. Plaintiff Caralyn Suzanne Sconzo's Motions For Summary

1

Judgment (DE Nos. 12 & 15) be and the same are hereby **DENIED**;

    4. Defendant Michael J. Astrue's Motion For Summary Judgment (DE 18) be and the same is hereby **GRANTED;** and

    5. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___23rd___ day of January, 2009.

                                                    WILLIAM J. ZLOCH
                                                   United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record